IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | | |
|---|---|---|
| LANG C. SHOATS, | : | |
| Plaintiff | : | |
| VS. | : | |
| Probation Officer HALLE VEAL, | : | NO. 5:09-CV-348 (HL) |
| Defendant | : | **O R D E R** |

On October 21, 2009, the Court issued an order instructing plaintiff **LANG C. SHOATS** to complete 42 U.S.C. § 1983 complaint and IFP forms and answer certain questions about his claim. Plaintiff was expressly informed that if he failed to comply with the Court's directive by November 6, 2009, his case would be dismissed. The Court issued another order which similarly instructed plaintiff. To date, plaintiff has failed to respond to either of this Court's orders.

Based on the foregoing, it is hereby **ORDERED** that plaintiff's complaint be **DISMISSED WITHOUT PREJUDICE.**

**SO ORDERED**, this 24th day of November, 2009.

*s/   Hugh Lawson*
HUGH LAWSON
UNITED STATES DISTRICT JUDGE

cr